**Order entered August 18, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00305-CV

---

### IN THE INTEREST OF B.T.G., A CHILD

---

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-12707**

---

## ORDER

Before the Court is appellant's March 14, 2015 motion seeking leave to file, and asking us to take judicial notice of, documents related to a petition for writ of habeas corpus he filed in federal court. We **DENY** appellant's motion.

/s/    ADA BROWN
          JUSTICE